# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JACK HOWARD POSTER,

    Defendant.

Case No. 2:88-cr-00103-LDG

**ORDER**

The defendant, Jack Poster, has filed a document he captions as "Motion for Reduction of Sentence by a Person not in Federal Custody from One Count Felony Filing a False Tax Return to One Count Misdemeanor Filing a False Tax Return" (#158). As suggested by the caption, the defendant is not seeking a reduction of his sentence, but a reduction of his felony conviction to a misdemeanor conviction.

As the defendant correctly concedes in his reply, this Court lacks authority to reduce a felony conviction to a misdemeanor conviction. Accordingly, for good cause shown,

THE COURT **ORDERS** that Defendant's Motion for Reduction of Sentence by a Person not in Federal Custody from One Count Felony Filing a False Tax Return to One Count Misdemeanor Filing a False Tax Return" (#158) is DENIED.

DATED this _____ day of February, 2013.

_____
Lloyd D. George
United States District Judge